COM.

v.

JOHNSON, V.

3446 EDA 2015

Superior Court of Pennsylvania.

08/14/2017

CP–51–CR–0000968–2015
(Philadelphia)

Reversed/Remanded

COM.

v.

DABNEY, J.

1447 EDA 2016

Superior Court of Pennsylvania.

08/14/2017

CP–51–CR–0000988–2015
CP–51–CR–0000989–2015
(Philadelphia)

Affirmed

COM.

v.

GORDON, J.

1088 EDA 2016

Superior Court of Pennsylvania.

08/14/2017

CP–23–CR–0006008–2011
(Delaware)

Affirmed

HAYNES, T.

v.

ASSETS PROTECTION INC.

3060 EDA 2016

Superior Court of Pennsylvania.

8/14/2017

July 2015 No. 02506
(Philadelphia)

Quashed